IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-31348-H4-7 |
| MICHAEL A. MCCANN | |
| Debtor. | (Chapter 13) |

**NOTICE OF UNITED STATES OF AMERICA'S
EMERGENCY MOTION TO CONFIRM THAT THE
AUTOMATIC STAY IS NOT IN EFFECT
UNDER 11 U.S.C. § 362(c)(4)(A)(ii)**

**************************************************************************

**IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  IF YOU BELIEVE THAT EMERGENCY CONSIDERATION OF THIS MOTION IS NOT WARRANTED YOU MUST FILE AN IMMEDIATE RESPONSE; OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF SOUGHT.**
**************************************************************************

TO ALL INTERESTED PARTIES:

   PLEASE TAKE NOTICE that the United States of America, (Internal Revenue Service), by the United States Attorney for the Southern District of Texas, has filed a motion to Confirm that the Automatic Stay is not in Effect under 11 U.S.C. § 362(c)(4)(A)(ii).

   A copy of the Motion To Confirm that the Automatic Stay is not in Effect under 11 U.S.C. § 362(c)(4)(A)(ii) has been filed with the Clerk of the United States Bankruptcy Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Houston, Texas 77002, and may be examined during normal business hours, or may be obtained by making written request to the movant at the address listed below.

                            Respectfully submitted,

                            KENNETH MAGIDSON
                            United States Attorney

Date:_____   By: _____.
                            DAVID B. MORA
                            S.D. Tex. Admission No. 17718
                            Special Assistant
                            United States Attorney
                            8701 South Gessner,
                            Suite 710
                            Houston, Texas  77074
                            Tel. No. (281) 721-7375
                            FAX  No. (281) 721-7343